# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KRISTOPHER BAUMANN, Chairman of The Fraternal Order of Police, Metropolitan Police Labor Committee,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>Defendants. | Civil Action No. 09-1189 (CKK) |

## ORDER
(September 30, 2010)

For the reasons expressed in the accompanying Memorandum Opinion, it is, this 30th day of September, 2010, hereby

**ORDERED** that Defendants' [36] Motion for Judgment on the Pleadings is GRANTED-IN-PART with respect to Count III of the Amended Complaint, except insofar as Plaintiff prays for prospective injunctive relief, and DENIED-IN-PART with respect to Counts I and II of the Amended Complaint; it is further

**ORDERED** that the Court shall hold a continued Initial Scheduling Conference on October 13, 2010, at 3:00 P.M.

**SO ORDERED.**

Date: September 30, 2010.

                                                           /s/
                                                    COLLEEN KOLLAR-KOTELLY
                                                    United States District Judge